Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50657.**—Protests 19497–K, etc., of Geo. E. Mallinson Importing Co., Inc. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the protests were sustained as claimed.

**No. 50658.**—Protests 60816–K, etc., of R. Maes Export & Import Corp. et al. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the protests were sustained as claimed.

**No. 50659.**—Protests 69320–K, etc., of R. Maes Export & Import Corp. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the protests were sustained as claimed.

**No. 50660.**—Protests 973533–G, etc., of R. Maes et al. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the protests were sustained as claimed.